# Order

Michigan Supreme Court
Lansing, Michigan

January 25, 2013

145914

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

IRVING VELEZ,
        Defendant-Appellant.

SC: 145914
COA: 310613
Kent CC: 98-011526-FH

_____/

On order of the Court, the application for leave to appeal the September 5, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

_____
Clerk

h0122